[No. 31253-7-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LEANNE R.
FOLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-01862-6, Stephen M. Gaddis, J. Pro Tem.,
entered July 10, 1992. *Affirmed* by unpublished per curiam
opinion.

[No. 29965-4-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH M.
DUFFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-04850-5, Robert E. Dixon, J., entered Jan-
uary 5, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 30912-9-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE
TOWNSEND, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-02025-6, Maurice Epstein, J. Pro Tem.,
entered June 15, 1992. *Dismissed* by unpublished per curiam
opinion.

[No. 30093-8-I.   Division One.   August 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ARNOLDO D.
BENAVIDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 91-1-00392-0, Stanley K. Bruhn, J., entered Jan-
uary 3, 1992. *Dismissed* by unpublished per curiam opinion.